GEORGE E. NHARE, Appellant, v. ALEX WOELTZE, Respondent.— Motion

granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor and Thompson, JJ.